IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THAT XIONG,

      Petitioner,                     No. CIV S-12-0337 DAD P

   vs.

STATE OF CALIFORNIA, et al.,

      Respondents.                 ORDER

_____/

      Petitioner, a state prisoner at California State Prison, Solano, has filed a vague and conclusory document styled "motion for stay and abeyance" upon which the Clerk of Court opened this civil action.  However, petitioner has not filed a petition for writ of habeas corpus or any other pleadings with this court.

      In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action has been properly commenced.  Therefore, petitioner's motion for stay and abeyance will be denied without prejudice.  Petitioner will be provided the opportunity

/////

1

1  to file a petition for writ of habeas corpus , and to submit an application requesting leave to

2  proceed in forma pauperis or to submit the appropriate filing fee.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4        1.  Petitioner's motion for stay and abeyance (Doc. No. 1) is denied without

5  prejudice;

6        2.  Petitioner is granted thirty days from the date of service of this order to file a

7  petition that complies with the requirements of the Rules Governing Section 2254 Cases, the

8  Federal Rules of Civil Procedure, and the Local Rules of Practice.  Petitioner shall also submit,

9  within thirty days from the date of this order, the application to proceed in forma pauperis on the

10  form provided by the Clerk of Court, or the filing fee in the amount of $5.00.  Petitioner's failure

11  to comply with this order will result in a recommendation that this matter be dismissed; and

12        3.  The Clerk of the Court is directed to send petitioner the court's form for filing

13  a petition for writ of habeas corpus and the application to proceed in forma pauperis by a

14  prisoner.

15  DATED: February 29, 2012.

16

17  _____

18  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

19

20  DAD:9:kly
   xion0337.nopetition

21

22

23

24

25

26

2