IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THAT XIONG,

    Petitioner,                                No. CIV S-12-0337 DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                            ORDER

_____/

        By an order filed March 1, 2012, the court directed petitioner to file a petition for writ of habeas corpus and submit an application to proceed in forma pauperis within thirty days. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a petition or application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

DATED: April 10, 2012.

                                                     /s/ Dale A. Drozd  
                                                     DALE A. DROZD  
                                                     UNITED STATES MAGISTRATE JUDGE

DAD:9  
xion0337.156

---

[1] Petitioner previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (See Doc. No. 4.)

1