IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THAT XIONG,

    Petitioner,                    No. 2: 12-cv-0337 DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding *pro se*. In February 2012, petitioner filed a motion to stay and hold in abeyance this habeas action. (See Dkt. No. 1.) On March 1, 2012, the court denied the motion for stay and abeyance without prejudice because petitioner had not filed a petition for writ of habeas corpus or any other pleadings with the court. (See Dkt. No. 4.) Petitioner was given thirty days to file a habeas petition and an in forma pauperis application or the requisite filing fee. Petitioner having failed to do so within the requisite thirty day time period, the action was dismissed without prejudice on April 11, 2012.

        On May 29, 2012, petitioner filed a motion to appoint counsel on appeal.[1]

---

[1] The motion to appoint counsel is undated, thus the court cannot determine when the motion to appoint counsel was filed under the prisoner mailbox rule. See Houston v. Lack, 487 U.S. 266, 276 (1988).

1

1 Because petitioner does not currently have an appeal pending, the motion to appoint counsel will
2 be denied. Furthermore, there currently exists no absolute right to appointment of counsel in
3 habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18
4 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of
5 justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the
6 court does not find that the interests of justice would be served by the appointment of counsel at
7 the present time. Finally, petitioner is advised that documents filed by plaintiff since the closing
8 date will be disregarded and no orders will issue in response to future filings.

9      Accordingly, IT IS HEREBY ORDERED that petitioner's motion to appoint
10 counsel on appeal (Dkt. No. 7.) is DENIED.

11 DATED: October 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:dpw
xion0337.110